**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

G.H.                       : No. 387 WAL 2014

        v.              :
                           :
COMMONWEALTH OF PENNSYLVANIA, : Petition for Allowance of Appeal from the
                           : Order of the Commonwealth Court
DEPARTMENT OF PUBLIC WELFARE    :
                           :
PETITION OF: CYS                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.